UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ALVAREZ,
                    *Plaintiff*

—v.—

NEW YORK STATE CORRECTIONS
OFFICER DANIEL JOHN BOURHILL,
                    *Defendant*

REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Docket No. 1:23-cv-01785-JHR

---

    Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Carlos Alvarez requests a Clerk's certificate of entry of default.

    Within the accompanying affidavit, I affirm that the party against whom the judgment is sought:

1. is not an infant or incompetent person;
2. is not in the military service;
3. was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;
4. has defaulted in appearance in the above captioned action.

Dated: September 6, 2024
       New York, NY

_____
Rehan Nazrali, Esq.
299 Broadway - 17th Floor
New York, NY 10007
646-331-9378
*Attorney for Plaintiff*