UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ALVAREZ,
                  *Plaintiff*

—v.—

NEW YORK STATE CORRECTIONS
OFFICER DANIEL JOHN BOURHILL,
                  *Defendant*

CLERK'S CERTIFICATE OF DEFAULT

Docket No. 1:23-cv-01785-JHR

---

    I, DANIEL ORTIZ, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 1, 2023 with the filing of a summons and complaint. The action was initially captioned as "Carlos Alvarez v. Unknown Bohill." An amended complaint, under the caption "Carlos Alvarez v. New York State Corrections Officer Daniel John Bourhill" was filed on April 17, 2024. A copy of the summons and amended complaint was served on Defendant Daniel John Bourhill on May 11, 2024 by affixing the summons and amended complaint to the door of his dwelling and on May 13, 2024 via mail. Proof of service was therefore filed on May 17, 2024; ECF No. 19.

    I further certify that the docket entries indicate that Defendant Daniel John Bourhill has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: _09_ / _06_ /20__
       New York, NY

                                        Daniel Ortiz
                                        Acting Clerk Of The Court

                    By: _____
                                        Deputy Court