UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ALVAREZ,<br><br>　　　　　　　Plaintiff,<br><br>　　　　-v.-<br><br>DANIEL JOHN BOURHILL,<br><br>　　　　　　　Defendant. | 23 Civ. 1785 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

　　　　Before the Court is Plaintiff Carlos Alvarez's motion for a default judgment against Defendant Daniel John Bourhill. ECF No. 30. In support, Plaintiff filed a memorandum of law. *Id.* Upon further review, Plaintiff's submissions fail to establish that Defendant "w[as] liable as a matter of law." *Bricklayers & Allied Craftworkers Loc. 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 187 (2d Cir. 2015) ("[I]f liability is established as a matter of law when the factual allegations of the complaint are taken as true[,]" then a "Court may, on plaintiffs' motion, enter a default judgment[.]"); *see also* Indiv. R. & Pracs. in Civ. Cases, Attach. A, R. 2.b.iv (requiring "analysis demonstrating that the facts pleaded in the complaint support the conclusion that the relevant defendant is liable").

　　　　Further, pursuant to Rule 3 of the Court's Default Judgment Procedures, Plaintiff must "serve the motion and all supporting papers on the party against whom a default judgment is sought" and "file an affidavit of service on ECF. *See* Indiv. Civil R. & Pracs., Attach. A, R. 3; Local Civ. R. 55.2(a)(3) (requiring that default judgment papers "be[] personally served on, or mailed to the last known residence . . . [of] the party against whom default judgment is sought."). The docket does not reflect proof of service of Plaintiff's motion and supporting memorandum. "The Court will not consider the motion for default judgment unless and until such affidavit of service is filed." *Id.*

If Plaintiff plans to proceed with seeking a default judgment, then by no later than **October 10, 2025**, he shall file a corrected motion for a default judgment in accordance with the Court's Individual Rules and Practices in Civil Cases.  **Failure to submit a timely and proper motion for a default judgment may result in dismissal without prejudice of this case.**  *See* Fed. R. Civ. P. 41; *see also* ECF No. 27.

Within **two business days of the date of this Order**, Plaintiff shall serve Defendant with a copy of this Order by overnight courier and file proof of such service on the docket.

The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

Dated: September 30, 2025
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge