UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ALVAREZ,

                          Plaintiff,

              -v.-

DANIEL JOHN BOURHILL,

                          Defendant.

23 Civ. 1785 (JHR)

ORDER TO SHOW CAUSE

JENNIFER H. REARDEN, District Judge:

On September 6, 2024, upon Plaintiff Carlos Alvarez's application, ECF Nos. 24-25, the Clerk of Court issued a certificate of default as to Defendant Daniel Bourhill, ECF No. 26. The Court directed Plaintiff to move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute. *See* ECF No. 27 (detailing Defendant's failure to respond to the Complaint). On November 26, 2024, Plaintiff moved for a default judgment, ECF No. 30. The Court identified certain deficiencies in Plaintiff's motion, and, on September 30, 2025, directed Plaintiff to file a corrected motion for default judgment. *See* ECF No. 31. On November 20, 2025, Plaintiff filed a second motion for a default judgment, as well as a memorandum of law and supporting affidavit. *See* ECF No. 36.

Plaintiff's papers in support of its motion are in good order. If Defendant wishes to oppose the motion, then his counsel shall, (1) by **December 5, 2025**, enter a notice of appearance, and (2) by **December 9, 2025**, file an opposition explaining why a default judgment is not warranted.

2

Plaintiff has already filed proof of service of his papers in support of the motion for a default judgment.  ECF No. 36 at 28.  By no later than **December 1, 2025**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated:  November 26, 2025
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2