UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARLOS ALVAREZ,                                           23-CV-1785 (JHR)

                            Plaintiff,                        **ORDER**

            -against-

DANIEL JOHN BOURHILL,

                            Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference was held in this matter on January 21, 2026. ECF No. 46.

During the conference, the parties stated that they were not ready to engage in settlement

discussions. The parties are directed to file a joint letter regarding whether they are prepared for

a settlement conference by **April 17, 2026**.

**SO ORDERED.**

DATED:      New York, New York
            April 1, 2026

                                           _____
                                           VALERIE FIGUEREDO
                                           United States Magistrate Judge